```
 1  Rick Martin, Esq. (SBN 320403)
    rick@angelcitylaw.com
 2  Ji-Su Park, Esq. (SBN 343008)
    ji-su@angelcitylaw.com
 3  ANGEL CITY LAW, PC
    645 W. 9th Street, Ste. 110-259
 4  Los Angeles, California 90015
    Telephone: (323) 364-8835
 5  Facsimile: (323) 967-2425
 6  Attorneys for Plaintiff,
    CECIL BRADLEY
 7
    Laura Fleming, Bar No. 219287
 8  lf@paynefears.com
    Taylor B. Brown, Bar No. 322449
 9  tbb@paynefears.com
    PAYNE & FEARS LLP
10  Attorneys at Law
    4 Park Plaza, Suite 1100
11  Irvine, California 92614
    Telephone: (949) 851-1100
12  Facsimile: (949) 851-1212
13  Attorneys for Defendant,
    VIKING FABRICATION SERVICES LLC
14  erroneously sued as VIKING SUPPLYNET
```

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL BRADLEY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>VIKING FABRICATION SERVICES LLC d/b/a VIKING SUPPLYNET, a Michigan limited liability company; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 5:24−cv−00551−JGB−DTB<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: February 9, 2024<br>Removed: March 14, 2024 |

Plaintiff CECIL BRADLEY and Defendant VIKING FABRICATION SERVICES LLC sued as VIKING FABRICATION SERVICES LLC d/b/a VIKING SUPPLYNET (jointly the "Parties"), by and through their respective counsel of record, hereby file their Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and state:

1. Plaintiff CECIL BRADLEY and Defendant VIKING FABRICATION SERVICES LLC hereby stipulate and request that the Court dismiss this entire action with Prejudice.
2. Each party will bear her/its on costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: May 23, 2024　　　　　　　**ANGEL CITY LAW, PC**

By: _____
Rick Martin, Esq.
Ji-Su Park, Esq.

*Attorneys for Plaintiff*,
CECIL BRADLEY

DATED: May 23, 2024　　　　　　　**PAYNE & FEARS LLP**

By: _____
Laura Fleming, Esq.
Taylor B. Brown, Esq.

*Attorneys for Defendant*,
VIKING FABRICATION SERVICES LLC

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is ordered that this entire action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: _____

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE